This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ANDREW M. TAFOYA,**

    Plaintiff-Appellee,

**v.**                           **No. 31,562**

**DORENE CLELAND and MAX CLELAND,**

    Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Sheri A. Raphaelson, District Judge**

Emery Law Firm, PC
Kelan Emery
Taos, NM

for Appellee

Caren I. Friedman
Santa Fe, NM

Phillip Trujillo
Espanola, NM

for Appellants



# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

Reversed.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Chief Judge**


_____
**JAMES J. WECHSLER, Judge**